Nicholas W. Armstrong (Bar No. 270963)
McCallum, Methvin & Terrell, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205
Tel.: (205) 939-0199
Fax: (205) 939-0399

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EDDIE L. CRESSY,

Plaintiff(s)

v.

OM FINANCIAL LIFE INSURANCE COMPANY,

Defendant(s)

CASE NUMBER: LA CV 11-5871 JAK (JCx)

## PROOF OF SERVICE SUMMONS AND COMPLAINT

(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. [X] summons [X] complaint [ ] alias summons [ ] first amended complaint [ ] second amended complaint [ ] third amended complaint
   [X] other *(specify)*: Notice of Assignment of United States Magistrate Judge for DIscovery; Proof of Service - Acknowledgment of Service; & Initial Standing Order for Cases Assigned to Judge John A. Kronstandt
2. **Person served:**
   a. [X] Defendant *(name)*: Robert Knight
   b. [ ] Other *(specify name and title or relationship to the party/business named)*:
   c. [X] Address where papers were served: 2775 Tapo Street, Suite 204, Simi Valley, CA 93063
3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
   a. [ ] Federal Rules of Civil Procedure
   b. [X] California Code of Civil Procedure
4. **I served** the person named in Item 2:
   a. [ ] By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. [ ] **Papers were served on** *(date)*: ____________ at *(time)*: ________
   b. [X] By **Substituted service.** By leaving copies:
      1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. [ ] **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. [ ] **Papers were served on** *(date)*: ____________ at *(time)*: ________
      4. [ ] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. [X] **papers were mailed** on (date): August 10, 2011
      6. [ ] **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served:

Title of person served:

Date and time of service: *(date)*: ________________________ at *(time)*: ______________

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

a. Fee for service: $

b. ☐ Not a registered California process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 29, 2011

*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 3.08 | Postmark Here |
| Certified Fee | 2.85 | |
| Return Receipt Fee (Endorsement Required) | 2.30 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 8.23 | |

Sent To
Robert Knight
Street, Apt. No., or PO Box No.
2775 Tapo Street, Suite 204
City, State, ZIP+4
Simi Valley, CA 93063

PS Form 3800, August 2006 See Reverse for Instructions

7009 2250 0004 2812 7140

USPS CRESTLINE ... AUG 10 2011

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert Knight
2775 Tapo Street, Suite 204
Simi Valley, CA 93063

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Robert Knight ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 8/12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SIMI VALLEY CA AUG 13 2011 MAIN OFFICE

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7009 2250 0004 2812 7140

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

NAME, ADDRESS AND TELEPHONE NUMBERS OF ATTORNEY(S)

Nicholas W. Armstrong, Esq.
McCallum, Methvin & Terrell, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone: (205) 939-0199

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

EDDIE L. CRESSY,

PLAINTIFF,

V.

OM FINANCIAL LIFE INSURANCE COMPANY, et al.

DEFENDANTS.

CASE NUMBER

LA CV11-5871 JAK(JCx)

**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Jefferson, State of Alabama, and not a party to the above-entitled cause. On July 25, 2011, I served a true and correct copy of the Class Action Complaint, Summons, and the Notice of Assignment to United States Magistrate Judge for Discovery, by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional page if necessary).

Place of Mailing: Birmingham, Alabama
Executed on July 25, 2011 at Birmingham, Alabama

Please check one of these boxes if service is made by mail:

__ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

X I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

__ I hereby certify under penalty of perjury that the foregoing is true and correct.

[signature]
Signature of Person Making Service

**ACKNOWLEDGMENT OF SERVICE**

I, David S. Markun, Esq., received a true copy of the within document on 8/15/11.

[signature]
Signature

Robert Knight
Party Served (by David S. Markun, Esq., his attorney)

*Cressy v. OM Financial*
LA CV11-5871 JAK(JCx)

**Parties served:**

OM Financial Life Insurance Company
Attn.: Karen Harris
c/o Corporation Service Company
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

Ogan Financial Group, Inc.
c/o Reg. Agent, Kenneth R. Ogan, Jr.
2775 Tapo Street, Suite 204
Simi Valley, CA 93063

Capital Line Financial, LLC
c/o Reg. Agent, William J. Tessar
23925 Park Sorrento, # 200
Calabasas, CA 91302

Paramount Financial Services, Inc.
c/o Reg. Agent, Douglas R. Andrew
6340 S. 3000 E, # 280
Salt Lake City, Utah 84121

Partnervest Advisory Services, Inc.
c/o Golden State Documents, Inc.
10943 Mayfield Road
Houston, TX 77043-3908

Douglas Andrew
**REDACTED**
Salt Lake City, Utah 84121 **REDACTED**

William J. Tessar
**REDACTED**
Simi Valley, CA 93065 **REDACTED**

Kenneth R. Ogan, Jr.
980 Enchanted Way, Suite 206
Simi Valley, CA 93065-0913

Robert Knight
980 Enchanted Way, Suite 206
Simi Valley, CA 93065-0913