# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE L. CRESSY, | ) CASE NO.: LA CV11-5871-JAK (JCx) |
| Plaintiff, | ) Hon. John A. Kronstadt |
| v. | ) |
| OM FINANCIAL LIFE INSURANCE COMPANY; OGAN FINANCIAL GROUP, INC.; PARAMOUNT FINANCIAL SERVICES, INC.; DOUGLAS ANDREW; and KENNETH R. OGAN, JR.; | ) **FINAL JUDGMENT** **JS-6** |
| Defendants. | ) |

FINAL JUDGMENT

1   This action came on for hearing before the Court on Defendants' motions to dismiss the Second Amended Complaint (Dkt. 117, 118), Defendants' motions for review of Magistrate Judge Choolijian's order denying a stay of discovery (Dkt. 80, 82), and Defendants' motions to strike Plaintiff's notice of intervening authority (Dkt. 140, 141).

Pursuant to the Court order of May 8, 2013 (Dkt. 143) granting the motions to dismiss in part, IT IS HEREBY ADJUDGED that Plaintiff's RICO causes of action are dismissed with prejudice.  The Court makes no ruling or judgment on Plaintiff's state law causes of action, declines to exercise supplemental jurisdiction over these causes of action, and dismisses the state law causes of action without prejudice to their being re-filed in state court.  The Court stays the effect of this judgment and of its May 9, 2013 order until the earlier of the re-filing of this action in state court or 60 days from the entry of the May 9, 2013 order.  All other pending motions are denied as moot.

Dated: June 4, 2013

_____
The Honorable John A. Kronstadt
United States District Court Judge

- 1 -
FINAL JUDGMENT